AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Douglas Sweet | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Douglas Sweet,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; or Knowingly, With Intent to Impede Government Business or Official Functions, Engaging in Disorderly Conduct on Capitol Grounds

40 U.S.C. 5104 (e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/07/2021

*Issuing officer's signature*

City and state: Washington, DC

Officer Joseph Bruno, MPD
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/12/2021, and the person was arrested on *(date)* 01/13/2021
at *(city and state)* Mathews, Virginia.

Date: 01/13/2021

*Arresting officer's signature*

FBI Special Agent Michael D. Velazquez
*Printed name and title*