AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

Douglas Sweet

*Defendant*

)
)
)
)
)
)
)

Case: 1:21-MJ-00012
Assigned to: Judge G. Michael Harvey
Assigned Date: 1/7/2021
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Douglas Sweet,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; or Knowingly, With Intent to Impede Government Business or Official Functions, Engaging in Disorderly Conduct on Capitol Grounds

40 U.S.C. 5104 (e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/07/2021

G. Michael Harvey
2021.01.07 20:07:52
-05'00'

*Issuing officer's signature*

City and state:   Washington, DC         G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/12/2021, and the person was arrested on *(date)* 01/13/2021
at *(city and state)* Mathews, Virginia.

Date: 01/15/2021

*Arresting officer's signature*

FBI Special Agent Michael D. Velazquez
*Printed name and title*

**INITIAL APPEARANCE MINUTES:**

Time set: 4:00 pm
Start Time: 4:03 pm
End Time: 4:16 pm

Split Time ( )

Date: 1/13/2021
Presiding Judge: Robert J. Krask
Courtroom Deputy: J. Jones
Reporter: FTR
U.S. Attorney: Brittany Fisher
Defense Counsel: _____
( ) Retained ( ) Court appointed ( ) AFPD
Interpreter: _____

Case Number: 2:21mj20
USA v. Douglas Sweet

(x) Deft. Present (x) custody ( ) not in custody
(x) Initial Appearance ( ) Indictment ( ) Probation Violation Petition ( ) Supervised Release Petition
    ( ) Criminal Information (x) Rule 5 arrest ( ) Rule 32 arrest ( ) Criminal Complaint
( ) Defendant consented to video proceedings. Order entered and filed
(X) Deft. advised of rights, charges and right to counsel
(X) Counsel desired ( ) Defendant to retain: _____
( ) Oral admonition as required by DPPA given to the prosecutor
( ) Defendant's motion to substitute counsel
( ) Order to substitute counsel executed and filed in open court
(X) Financial Affidavit filed in open Court
(X) Court (X) Directed ( ) Denied appointment of counsel
(X) Wil Bonilla , AFPD present. FPD appointed in open court
( ) Court directed defendant to reimburse govt. at rate of $_____ per month. Payments to begin and
    continue each month thereafter until paid in full.
(X) Defendant waived ( ) Removal (X) Preliminary hearing (In this District only)
( ) Defendant executed Waiver of Removal Hearing (X) Waiver of Identity Hearing (In this District only)
( ) Waiver of Detention Hearing (In this District only)
( ) Commitment to Another District entered and filed in open court
( ) ( ) Preliminary ( ) Removal Hearing set for _____ at _____ before
    _____ U.S. Magistrate Judge in _____.
( ) Preliminary Hearing       ( ) Held ( ) Waived. ( ) Defendant stipulated to probable cause
( ) Court finds probable cause ( ) Defendant held for Grand Jury ( ) Defendant remanded to custody of
    U.S. Marshal for removal to charging district
( ) Government motion for Detention (X) Government not seeking detention
( ) Government motion to withdraw motion for detention and set bond ( ) Granted    ( ) Denied
( ) Detention Hearing scheduled for _____ at _____ before _____.
( ) Detention Hearing ( ) Held ( ) Waived in _____.
( ) Temporary Detention Order entered and filed ( ) Detention Ordered Pending Trial
(X) Bond set at $ PR
(X) Special Conditions of Release: **(See Page 2)**
( ) Deft. remanded to custody of U. S. Marshal
( ) Warrant returned executed and filed in open court
(X) Defendant is directed to appear on 1/19/21 at 1:00pm for
    ( ) Arraignment ( ) SRVH ( ) PVH ( ) Bench (X) initial appearance via zoom
    Trial
    ( ) Norfolk ( ) Newport News (X) District of Columbia
(X) Case unsealed.
( ) _____

## STANDARD CONDITIONS OF RELEASE

1) Deft's. travel is restricted to the State of Virginia.
2) Deft is directed to refrain from excessive use of alcohol.
3) Deft. is directed to refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. 802 unless prescribed by a licensed medical practitioner.
4) Deft. is directed to surrender any passport to the Probation Office.
5) Deft. is prohibited from obtaining any passport
6) Defendant shall report as soon as possible, to the probation officer or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
7) Defendant is prohibited from possessing a firearm, destructive device, or other dangerous weapon.
8) Defendant shall submit to method of testing required by the probation officer or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and or any form of prohibited substance screening or testing.
9) Defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the probation officer or supervising officer.
10) Report to the U.S. Probation Office.

## SPECIAL CONDITIONS OF RELEASE

(X) Travel is restricted to: **State of Virginia + D.C.**
(X) with travel between the two for purposes of court appearances and meetings with counsel by the most direct route. **^only**

( ) Deft. is directed to maintain residence at :_____

( ) _____ is directed to serve as third-party custodian.

( ) Deft. is directed to seek and maintain verifiable employment as directed by the Probation Office.

( ) Deft. is directed to undergo substance abuse testing/treatment at the expense of the defendant as directed by the U.S. Probation Office.

( ) Deft. is directed to submit to electronic monitoring ( )with ( ) without GPS ( ) with ( ) without time outs as directed by the U.S. Probation Office, at the expense of the defendant.

( ) Deft. is directed to avoid all contact with alleged victims/potential witnesses or co-conspirators: _____
_____ ( ) Co-defendants charged in the Indictment

( ) Deft. is prohibited from committing any offense in violation of federal, state or local law

( ) Deft. is directed to cooperate with their Court-appointed counsel in the preparation of their defense.

( ) Deft. is directed to provide any requested financial information as directed by the Probation Office.

( ) Deft. is prohibited from opening any new lines of credit or bank accounts without permission of the U.S. Probation Office.

( ) Defendant shall notify current or future employers of charged offense.

( ) Defendant shall not engage in employment in which the defendant has access to credit information or credit accounts of others.

( ) Defendant shall not have any contact with children under the age of 18 years old unless in the presence of an informed adult.

( ) Defendant shall not have possess or access any computer or internet, bulletin board, or chat room.

( ) Defendant shall comply with a specified curfew from _____ to _____ or as specified by the U.S. Probation Office.

( ) The defendant shall submit to mental health evaluation and treatment as directed by the U.S. Probation Office.

(X) **Δ is to make all court appearances in this case.**
(X) _____
(X) **Δ is to submit to supervision of U.S. Probation Office.**

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
IN OPEN COURT

JAN 1 3 2021

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   2:21mj20 |
| | ) | |
| Douglas Sweet | ) | Charging District's Case No.   1:21mj12 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* United States District Court for the District of Columbia.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

[ ] a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   1/13/2021

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Wilfredo Bonilla, Jr.
*Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Virginia

| | |
|---|---|
| United States of America )<br>v. )<br>)<br>Douglas Sweet )<br>*Defendant* ) | Case No. 2:21mj20 |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: U.S. District Court – District of Columbia, 333 Constitution Avenue N.W., Washington, D.C. 20001
*Place*

on 1/19/21 at 1:00 p.m. via ZOOM
*Date and Time*

IT IS FURTHER ORDERED that the defendant be released on condition that:

(✓) (5) The defendant promises to appear in court as required and surrender to serve sentence imposed.

(✓) (6) The defendant executes a ($ PR ) Unsecured Bond binding the defendant to pay to the United States for FTA.

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization ___
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____    _____
                        *Custodian*                                        *Date*

(✓) (7) The defendant must:
   (✓) (a) submit to supervision by and report for supervision to the <u>United States Probation Office</u>,
telephone number _____, no later than _____.
   ( ) (b) continue or actively seek employment.
   (✓) (c) surrender any passport to: ____<u>Probation Office</u>_____
   (✓) (d) not obtain a passport or other international travel document.
   (✓) (e) abide by the following restrictions on personal association, residence, or travel:<u> restricted to the State of Virginia and the District of Columbia, with travel between the two ONLY for purposes of court appearances and meetings with counsel by the most direct route, unless prior approval received from Probation</u>                .
   ( ) (f) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:_____
   ( ) (g) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
   (✓) (h) not possess a firearm, destructive device, or other weapon.
   (✓) (i) not use alcohol ( ) at all (✓) excessively.
   (✓) (j) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
   (✓) (k) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
   (✓) (l) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
   ( ) (m) participate in one of the following location restriction programs and comply with its requirements as directed.
        ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
        ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
        ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
   ( ) (n) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
        ( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
   (✓) (o) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
   (✓) (p) <u>Defendant is directed to make all court appearances in this case, including the court appearance listed on the first page of this Order.</u>
   ( ) (q) _____
   ( ) (r) _____
   ( ) (s) _____
   ( ) (t) _____
   ( ) (u) _____
   ( ) (v) _____
   ( ) (w) _____
   ( ) (x) _____
   ( ) (y) _____
   ( ) (z) _____

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
   (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
   (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
   (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
   (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Mathews County, Virginia
_____
*City and State*

### Directions to the United States Marshal

(✓) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____

_____
*Judicial Officer's Signature*

Robert J. Krask, U.S. Magistrate Judge
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

# U.S. District Court
## Eastern District of Virginia - (Norfolk)
## CRIMINAL DOCKET FOR CASE #: 2:21-mj-00020-DEM-2
## Internal Use Only

| | |
|---|---|
| Case title: USA v. SEALED | Date Filed: 01/12/2021 |
| | Date Terminated: 01/13/2021 |

Assigned to: Magistrate Judge Douglas E. Miller

**Defendant (2)**

| | | |
|---|---|---|
| **Douglas Sweet** *TERMINATED: 01/13/2021* | represented by | **Douglas Sweet** PRO SE |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Brittany M. Fisher** United States Attorney Office (Newport News-NA) 721 Lakefront Commons Suite 300 Newport News, VA 23606 **NA*** 757-591-4000 Email: brittany.fisher@usdoj.gov |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney*

**Kevin M. Comstock**
United States Attorney's Office
101 W Main St
Suite 8000
Norfolk, VA 23510
(757) 441-6331
Fax: (757) 441-6689
Email: Kevin.Comstock@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/13/2021 | 3 | Arrest of Douglas Sweet in Eastern District of Virginia on warrant out of U.S. District Court for the District of Columbia. (jjon) (Entered: 01/13/2021) |
| 01/13/2021 | 4 | Rule 5(c)(3) Documents Received as to Douglas Sweet (jjon) (Entered: 01/13/2021) |
| 01/13/2021 |  | Set/Reset Hearings as to Douglas Sweet: Initial Appearance - Rule 5(c)(3) set for 1/13/2021 at 04:00 PM in Norfolk Mag Courtroom 2 before Magistrate Judge Robert J. Krask. (jjon) (Entered: 01/13/2021) |
| 01/13/2021 |  | Case unsealed as to Cindy Fitchett, Douglas Sweet (jjon) (Entered: 01/14/2021) |
| 01/13/2021 | 5 | Minute Entry for proceedings held before Magistrate Judge Robert J. Krask: Initial Appearance in Rule 5(c)(3) Proceedings as to Douglas Sweet held on 1/13/2021. USA appeared through Brittany Fisher, AUSA. Defendant present without counsel and advised of rights and charges. Counsel desired. The Court directed appointment of counsel. Wil Bonilla, AFPD present. FPD appointed in open court. Defendant waived right to identity and preliminary hearing in this district. Waiver executed and filed in open court. Government advised it was not seeking detention. Defendant released on PR bond with special conditions, including mandatory appearance for initial appearance with the U.S. District Court for the District of Columbia, set for 1/19/21 at 1:00 p.m. via zoom. (Court Reporter FTR.)(jjon) (Entered: 01/14/2021) |
| 01/13/2021 | 6 | CJA 23 Financial Affidavit by Douglas Sweet (jjon) (Entered: 01/14/2021) |
| 01/13/2021 | 7 | WAIVER of Rule 5 Hearings by Douglas Sweet (jjon) (Entered: 01/14/2021) |

| 01/13/2021 | [8] | ORDER Setting Conditions of Release as to Douglas Sweet (2) PR. Signed by Magistrate Judge Robert J. Krask on 1/13/21. (jjon) (Entered: 01/14/2021) |
| --- | --- | --- |
| 01/13/2021 | 🔒 | (Court only) ***Terminated defendant Douglas Sweet, pending deadlines, and motions. (jjon) (Entered: 01/14/2021) |