UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No.   21-cr-00041 (CJN) |
| DOUGLAS SWEET, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**UNOPPOSED MOTION TO EXTEND DEADLINE
FOR DEFENSE SENTENCING MEMORANDUM**

Mr. Douglas Sweet, by and through undersigned counsel, requests this Honorable Court extend the deadline by which the defense sentencing memorandum is due to the Court, and as grounds, therefore states:

On January 7, 2021, Mr. Sweet was charged in U.S. District Court with misdemeanor offenses arising from his involvement in the January 6 events at the Capitol. *See* ECF No. 1. He was later charged by information with the same misdemeanor offenses. *See* ECF No. 7. On August 10, 2021, Mr. Sweet entered a plea of guilty to Count 4 of the information, to wit: Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G). *See* ECF No. 83. This Court accepted his plea and set sentencing for November 9, 2021. The Court also set deadlines for the government and defense sentencing memoranda, due to the Court on November 2, 2021. *See* Minute Entry (Aug. 10, 2021).

Since that time, undersigned has worked diligently to draft a sentencing memorandum on behalf of Mr. Sweet. As part of that process, undersigned has inquired as to the government's request at sentencing. To date, the government has been unable to share with undersigned what its request will be. To more substantively address the government's ultimate request, undersigned asks the Court to amend the deadline for the defense sentencing memorandum by an

1

extra day, to November 3, 2021. Undersigned has conferred with government counsel and they do not oppose this request.

WHEREFORE, Mr. Sweet ask this Honorable Court to extend the deadline for the defense sentencing memorandum, to be due on November 3, 2021, instead of November 2, 2021.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Cara Kurtz Halverson
Assistant Federal Public Defender
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500
cara_halverson@fd.org