# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **v.** : | Cr. No. 21-cr-00041 (CJN) |
| : | |
| **DOUGLAS SWEET,** : | |
| **Defendant.** : | |

## ORDER

Before the Court is an Unopposed Motion to Extend Deadline for Defense Sentencing Memorandum. For the reasons set forth therein, it is hereby

**ORDERED** that the current deadline for the defense's sentencing memorandum, November 2, 2021, be extended to November 3, 2021.

DATE:

_____
Judge Carl J. Nichols
United States District Judge