# EXHIBIT A

████████████

October 19, 2021

Cara Halverson, Esquire
Cara_Halverson@fd.org

Re: Character Reference for Douglas Sweet

To whom it may concern:

    My name is Ed Jordan, and I am writing to you as the pastor of Doug Sweet, and of Gwynn's Island Baptist Church. I am not writing to discuss what happened in January at the Capitol, because I was not there. I did not witness it.

    I am writing to bear witness to the person I know to be Doug Sweet. Doug began attending our church in April of 2020, as our church began outdoor worship services to allow the church to worship, follow social distancing, and keep everyone safe. Doug came an hour early to the church service every week to help set up the PA system, and direct people where to park their cars. He was faithful and conscientious in fulfilling this role and service. He still is. He did it in cold weather, hot weather, dry weather and wet weather. He never complained. He was always cheerful. This is the man, Doug Sweet. He is always serving others, any way he can.

    Doug is not a financially wealthy person. He works hard at manual labor, and God takes care of his needs. He heats his residence with firewood, which he cuts and splits. He lives frugally, often riding a bike around the island. I know of several times over the last several winters that he heard of someone struggling to pay their utilities, who needed wood to heat their homes, and he delivered wood to two different homes, at no charge for anything. Doug Sweet is a caring, generous soul.

    Last December, our church obtained some hams to give to needy people for their Christmas dinner. We gave single people 5-pound hams. My wife gave one to Doug, his eyes lit up and twinkled, and the first thing he said was: "This is too much ham for just me. Can I cut it in half and give the other half to someone I know who needs a Christmas ham?" This is the real Doug Sweet.

    In December of 2020, Doug heard about a single mom who had four children, and was not going to be able to give Christmas gifts to her children, because she was struggling just to feed them. Doug swung into action, spread the word throughout the generous people of Mathews County and just before Christmas he delivered four loads of food, clothing, gifts, along with four donated new bicycles, one for each of the four children. This is the real Doug Sweet.

    Is Doug perfect? No. Does he make mistakes? Yes. Who doesn't? We all have made mistakes, and we all will make other mistakes from time to time.

    Is Doug a mean person? No. Is he destructive of other people's property? No. Doug is at his core character: a kind, sensitive, generous and caring soul.

    I ask that you consider these characteristics of Doug, in your deliberations.

Gratefully,

*Dr. Ed Jordan*

Dr. Ed Jordan, Pastor
████████████████████████

Tyrone K. Hudgins



10/22/2021

**To whom it may concern,**

I have known Doug Sweet for 10 years now, and during this time, I have known Doug's qualities. I have found Doug to be a caring individual, hard working, and have a high level of integrity.

I am President of the Gwynn's Island Civic League and also a Deacon in the Gwynn's Island Baptist Church. When we have special events such as our Summer Festival, Doug is always available to offer his help. Each Sunday for the past two years Doug is the first person to show up for Sunday Church service. Due to Covid-19 we have been conducting a drive-in church service which requires our sound system to be set up each week and Doug has headed this up. He has also recently dedicated himself to the Lord as his savior. Another example of his kindness was when I was sick and unable to do my yard work Doug showed up and took care of it with out even being asked to do so. This is the kind of person he is.

Knowing Doug the way I do and having had conversations with him regarding the incident on January 6, 2021 I am very confident that he had no intention to harm anyone or cause any type of damage to the property. Doug was curious and followed the crowd to see what was going on. I think he just got caught up in the moment. Therefore I hope you will show lenience in his case.

Yours truly,

Tyrone K. Hudgins

I wanted to write a statement of character in regards to my father Doug Sweet.

I know that things are about to wrap up, but I do know that my dad needs support in every way possible.

My dad has always been the most stand up person I've ever known. While maybe my sister can say other things about my dad, I promise my dad has been nothing but exceptional when it comes to being dad and "mom".

As a little girl who needed a mom around, I wasn't dealt that hand. When some men can take the easy way out, my dad stepped up and not only took care of me and my sister but our half brother Bryce. Bryce is my mother's child from before my dad. Long story short, my brother has nothing to do with our mother, but still refers to my dad as "dad". This past weekend we held the memorial service for my grandma (dads mother), and Bryce attended as well, which means so much to all of us.

Not a sincere soul can say a negative thing about my dad. He's always given the shirt off his back to anyone in need. He's been a man of God my whole life, while being perfectly imperfect. He once gave our own car up to a woman in need from our church. He knew she needed it. We were only slightly more blessed than her. She was a "come here" from another country and we grew to know her and love her in our church community. Dad obviously wouldn't give up his only transportation if he knew it would hurt us as a family and his ability to care for his children. Her name was Peace. Peacd was an African American woman, who had a young daughter in a new country, she walked in the light of Jesus so brightly it would make your eyes squint. She struggled, no doubt, life is hard as a single parent, but dad knew he could help make her life easier. He gifted Peace our car and in turn, God blessed dad with a truck.

This may be little insignificant things to others, but they are memories I have of my childhood that specifically showcase my dad for the loving and kind man he is.

I love my dad more than anything and look up to him in so many ways. He only strives for greatness for us.

His love for our country is a huge part of his life. I applaud my dad for sticking up for our rights and standing up for all of us as country. I will always stand behind my dad in all he does, because I know it's always done with only the best of intentions.

I hope this may help you and whoever else in this predicament to see my dad in another's point of view. While I am his daughter, and however biased this may seem, if the courts should look at my dads character, he should look at his children as I am an extension of him and his choices. I am nothing but proud of my dad.

Thank you for your time,

Renee Randall